United States District Court
Southern District of Texas
**ENTERED**
January 30, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EFFIE M PATTERSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-104 |
| | § | |
| THE MEN'S WEARHOUSE INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL DISMISSAL ORDER

On January 27, 2017, the Plaintiff filed an Unopposed Motion for Dismissal with Prejudice with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Dkt. 19.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 30th day of January, 2017.

_____
George C. Hanks Jr.
United States District Judge